USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAYE L. ELLEBY,

        Plaintiff,

-against-

JANE & JOHN DOE(S) ET AL.,

        Defendants.

18 Civ. 1577 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to the Honorable Stewart D. Aaron's February 4, 2019 report and recommendation, ECF No. 48, the Court reviewed the recommendation and found no clear error. *See Silva v. Peninsula Hotel*, 509 F. Supp. 2d 364, 366 (S.D.N.Y. 2007) ("If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." (internal quotation marks and citation omitted)). Accordingly, the Court accepts and adopts the thorough and well-reasoned report and recommendation, dismissing the second amended complaint because all claims asserted therein are barred by the statute of limitations.

    The Clerk of the Court is directed to mail a copy of this order to Plaintiff *pro se* and to close the case.

    SO ORDERED.

Dated: February 21, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge